# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SUPER GREEN RESTORATIONS, INC**., a Florida corporation,
and **JOHN CHIEFFE,** a natural person,
Appellants,

v.

**HYPOWER, INC.,** a Florida corporation,
Appellee.

No. 4D18-3794

[January 16, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE 13-013604.

Jon Michael Kendrick of The Kendrick Law Firm, Plantation, for appellants.

Ryan H. Lehrer of Tripp Scott, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***